Electronically Filed
Intermediate Court of Appeals
29851
11-DEC-2013
09:33 AM

NO. 29851

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FRANCISCO ABADILLA, JR., Plaintiff-Appellant
v.
SANFORD IWATA; JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10;
DOE ASSOCIATIONS 1-10; DOE JOINT VENTURERS 1-10;
DOE TRUSTS 1-10 and DOE GOVERNMENTAL ENTITIES 1-10,
INCLUSIVE, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 07-1-36)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])


The Summary Disposition Order, filed on September 30, 2013, is hereby corrected as follows:

1.    On page 4, in the fourth line, the word "on" should be inserted between "based" and "Iwata's" so that as corrected, the text reads: ". . . damages that are based on Iwata's wilful . . . ."

2.    On page 5, in the fourteenth line of the first paragraph under Section C., the word "a" should be inserted between "in" and "manner" so that as corrected, the text reads: " . . . exploded in a manner very similar . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, December 11, 2013.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge